THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE D. WILLIAMS, Defendant-Appellant.

(No. 59645;

First District (1st Division)—May 6, 1974.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Matthew J. Beemsterboer and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Lawrence O'Gara, Assistant State's Attorney, of counsel), for the People.